**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Criminal Action No.: 19-394 (RC) |
| | : | |
| v. | : | Re Document No.: 29 |
| | : | |
| ERICK MCNAIR, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**ADOPTING THE MAGISTRATE JUDGE'S REPORT & RECOMMENDATION**

This action arose out of Defendant Erick McNair's violations of the conditions of his supervised release and comes before the Court on Magistrate Judge Faruqui's Report and Recommendation, ECF No. 29, resolving the U.S. Probation Office's petition, ECF No. 22. Judge Faruqui's Report and Recommendation was submitted to the Court on November 20, 2025. The Federal Rules of Criminal Procedure and this Court's local rules give a party 14 days to object to a magistrate judge's report and recommendation. *See* Fed. R. Crim. P. 59(b)(2); D.D.C. Crim. R. 59.2(b). No party has filed an objection.

Upon consideration of Judge Faruqui's Report and Recommendation, ECF No. 29, and no objections thereto having been made, it is ordered that the Report and Recommendation submitted by Judge Faruqui and the findings made therein are hereby adopted in total as the opinion of this Court. Therefore, the Court **ORDERS** that Defendant's supervised release be revoked, and that he is sentenced to time served with no additional period of supervision.

**SO ORDERED**.

Dated: December 5, 2025

RUDOLPH CONTRERAS
United States District Judge